# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION | Case No. 2:20-md-02973 (BRM)(ESK) <br> MDL No. 2973 |
| THIS DOCUMENT RELATES TO: | |
| Patricia Murray <br> Case # 2:22-cv-04072 | STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.

PLAINTIFF

*/s/ Paul J. Pennock*
Paul J. Pennock
Jonathan M. Sedgh
MORGAN & MORGAN
350 Fifth Avenue, Suite 6705
New York, NY 10118
Phone: (212) 738-6839
Email: ppennock@forthepeople.com
        jsedgh@forthepeople.com
*Counsel for Plaintiff*

DEFENDANTS

*/s/Michael C. Zogby*
Michael C. Zogby
BARNES & THORNBURG LLP
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Phone: (973) 668-9301
Email: michael.zogby@btlaw.com
*Counsel for Defendants*

*/s/ Kristen R. Fournier*
Kristen R. Fournier
KING & SPALDING
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Phone: (212) 790-5342
Email: kfournier@kslaw.com
*Counsel for Defendants*